**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: **Stephen Pabst** | } | |
| xxx-xx-2869 | } | Case No**:** 19-15060-EEB |
| | } | |
| Debtor/Movant | } | Chapter 13 |

---

### OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
---

Comes now the debtor, by and through his attorney of record, Kurtis Loomis, and hereby files this objection to the Motion for Relief From Stay filed by Lakeview Loan Servicing, LLC (Docket No. **12** ).

1.      The debtor believes he has received a new job, from which he will earn sufficient income to cure the default in mortgage payments in a Chapter 13 case bankruptcy. The debtor will confirm his new salary by July 20, 2019, and will convert his case to a Chapter 13 on that date.

2.      There is sufficient equity in the property to adequately protect the creditor and the property is necessary for an effective reorganization by the debtor.

Wherefore, the debtor objects to the Motion For Relief From Stay and would request a hearing thereon.

Dated this 18th day of July, 2019.                    By: */s/ Kurtis Loomis* _____
                                                                            Kurtis Loomis, Reg. No. 16553
                                                                            Counsel to debtor(s)
                                                                            916 N. Cleveland Avenue
                                                                            Loveland, CO. 80537
                                                                            (970) 663-9138 (Telephone)
                                                                            (970) 667-1504 (Fax)
                                                                            kurtis@kloomis.com

<u>Certificate of Service</u>

The undersigned certifies that a true and accurate copy of the foregoing **OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**, was deposited in the United States Mail on the 18th day of July, 2019, postage pre-paid, certified mail (or by via CM/ECF if noted), and addressed to the following:

US Trustee, Byron G. Rogers Federal Building, 1961 Stout Street, Ste. 12-200 Denver, CO. 80294 via CM/ECF

Mr. David W. Drake, 216 16th Street, Suite 1210, Denver, CO 80202 via CM/ECF

Joli A. Lofstedt, 950 Spruce St., Ste. 1C, Louisville, CO 80027 via CM/ECF

/s/ Kurtis Loomis _____